## A. H. Sebastian, Appellant, v. School Directors of District No. 17, County of Marion, Illinois, Appellees.

opinion filed March 2, 1942. William A. Miller and Alfred S. Pfaff, for appellant; no appearance for appellees. Opinion by JUSTICE DADY. "Not to be published in full."